IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 19 2023

TAMMY H. DOUGLAS, CLERK

By:_____

DEP CLERK

UNITED STATES OF AMERICA

V.                                        NO. 4:23-CR-00276 (16) BSM

JOSHUA JAYVONNE GRIFFIN

## DETENTION ORDER

The Defendant appeared with counsel on December 19, 2023 for a detention hearing.  Following proffered testimony, and argument from the parties, the Court finds there are no conditions or combination of conditions of release that will reasonably assure the safety of the community.

The Defendant is remanded to the custody of the United States Marshal Service.  While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel via in person visitation, telephone contact, and, if available, video teleconference.

IT IS SO ORDERED this 19th day of December, 2023.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE