UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )          PLAINTIFF
                                                      )
v.                                                    )          No. 4:23CR-276-BSM
                                                      )
MARCUS HARGROVE                     )          DEFENDANT

## DEFENDANT'S MOTION FOR BOND HEARING

Comes Defendant, by and through his attorney, Geoffrey D. Kearney, and for his Motion for Bond Hearing states:

1.      The Defendant appeared for Plea and Arraignment before the Honorable Edie R. Ervin on January 25, 2024.

2.      At the time of his arraignment, the Defendant was subject to a detainer in Georgia, and therefore was not eligible for bond. The Defendant, however, reserved his right to a bond hearing at a later date.

3.      Defendant has been released from custody in Georgia into the federal detainer in the Eastern District of Arkansas.

WHEREFORE, Defendant Marcus Hargrove respectfully requests that this Court grant his Motion for Bond Hearing and for all other just and appropriate relief.

Respectfully submitted,

Geoffrey D. Kearney
Ark. Bar No. 2012304

The Law Office of Geoffrey D.
Kearney, PLLC
P.O. Box 8276
Pine Bluff, AR 71611
P: 870-376-3068
E: GDK@gdkpllc.com

Attorney for Defendant

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have e-filed the foregoing on the 14th day of May, 2024, and that all counsel of record will receive service electronically on or about the date of filing.

/s/Geoffrey D. Kearney

**Attorney for Defendant**