IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.     NO. 4:23-CR-00276-19 BSM

KERRY LEWIS WALKER

## ORDER OF DETENTION

Defendant appeared October 8, 2024 for plea and arraignment by video conference from FDC Houston, where he is serving a term of imprisonment. Because defendant is currently in custody of the Bureau of Prisons, the issue of bond was not addressed. The defendant reserves the right to request a detention hearing in the future should he so choose. The Court orders the U.S. Marshal to file a Detainer with the defendant's custodian which shall constitute a hold on him should he complete his term of imprisonment before this case is concluded.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel via in person visitation, telephone contact, and, if available, video teleconference.

IT IS SO ORDERED this 8th day of October, 2024.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE