## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| **v.** | **Case No.: 4:23–cr–00276–BSM** | |
| **Alexis Simone Garner** | | **Defendant** |

## NOTICE OF HEARING

　　　PLEASE take notice that a Sentencing has been set in this case for April 16, 2025, at 11:00 AM before Judge Brian S. Miller in Little Rock Courtroom 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---|
| **DATE:** April 3, 2025 | AT THE DIRECTION OF THE COURT |
| | TAMMY H. DOWNS, CLERK |
| | |
| | **By:** <u>Laura J. Bichlmeier, Deputy Clerk</u> |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas