**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                    Case No. 4:23-cr-00276-BSM-5

REGINALD TREMAYNE JACKSON                                                          DEFENDANT

**ORDER OF DETENTION**

Defendant Reginald Jackson appeared today with counsel for a hearing on his Motion for Detention Hearing. (Doc. No. 647) The Government requested detention based on flight risk and danger to the community, and Mr. Jackson requested release to a third-party custodian along with a combination of other conditions.

After carefully considering witness testimony and argument from counsel, the Court finds by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of the community. The Court expressed its concerns about the severity of the crimes alleged against Mr. Jackson. Therefore, the Court orders Mr. Jackson detained pending his trial, and he is remanded to the custody of the United States Marshals Service.

While detained, Mr. Jackson must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Mr. Jackson to the United States Marshal for a court appearance.

SO ORDERED this 4th day of April, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE