# MEMORANDUM

**DATE:** 05/23/2025

**TO:** Criminal Docket Clerk

**FROM:** Cody Harvey
Investigative Analyst
U.S. Marshals Service

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2025

TAMMY H. DOWNS, CLERK
By: _____
                              DEP CLERK

Date: _____  Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

Date: 05/22/2025  Defendant has arrived on ASR/WHCAP. Defendant will need returned once court proceedings are finished.

Date: _____  Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.

Date: _____  Defendant has returned from Psychiatric Study.

**CASE NUMBER:** 4:23CR276-01

**DEFENDANT'S NAME:** Brown, Keith 89902-510