## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                                                    **Plaintiff**

v.

No. 4:23-cr-276 (40)

**SHAUN LEWIS**                                                                                                         **Defendant**

## DEFENDANT'S MOTION TO RECONSIDER DENIAL OF TRAVEL REQUEST

COMES NOW the Defendant, Shaun Lewis, by and through undersigned counsel, and respectfully moves this Honorable Court to reconsider the Magistrate Judge's denial of his motion to travel. In support thereof, Defendant states as follows:

## BACKGROUND

1. On July 7, 2024, a Superseding Indictment was returned against Mr. Lewis in the Eastern District of Arkansas.

2. On July 30, 2024, Mr. Lewis was taken into custody in Houston, Texas, and appeared before Magistrate Judge Christina Bryan, who set bond in the amount of $30,000. Mr. Lewis posted bond and has since remained in full compliance with all release conditions.

3. On August 29, 2024, Mr. Lewis appeared before Magistrate Judge Joe Volpe, entered a plea of not guilty, and was allowed to remain on bond under standard pretrial conditions.

4. On March 13, 2025, current counsel was appointed to represent Mr. Lewis, and the trial is presently scheduled for December 8, 2025.

5. On March 24, 2025, Mr. Lewis filed a motion requesting permission to travel internationally between October 11–16, 2025.

6. On September 24, 2025, Magistrate Judge Volpe denied that motion, citing a lack of specificity and concern that the motion overstated Pretrial Services' approval.

## ADDITIONAL FACTS IN SUPPORT OF RECONSIDERATION

• **Education & Professional Background:** Mr. Lewis is a graduate of the University of Houston, holding a Bachelor of Science in Economics with a minor in Business.

• **Legitimate Business Purposes for Travel:** Mr. Lewis is actively engaged in government contracting

and licensed media work (including YouTube and streaming partnerships). Supporting documentation, including contracts and licensing materials, is submitted as Exhibit A.

• **Community Service & Character:** Mr. Lewis has demonstrated strong ties to his community by mentoring underage youth, participating in youth programs, and volunteering to support homelessness initiatives.

• **Compliance:** Since his release, Mr. Lewis has been fully compliant with all conditions of bond, with no violations or missed appearances.

## LEGAL AUTHORITY & ARGUMENT

A. Standard of Review

Pursuant to 18 U.S.C. § 3145(b), a defendant may appeal a Magistrate Judge's order denying or modifying conditions of release. The district court conducts this review de novo. See United States v. Maull, 773 F.2d 1479, 1480 (8th Cir. 1985).

B. Constitutional & Statutory Limits

Conditions of release — including travel restrictions — must be narrowly tailored and imposed only as necessary to assure appearance or protect public safety. See United States v. Salerno, 481 U.S. 739, 750–52 (1987). Further, the Bail Reform Act requires that the Court impose the least restrictive condition or combination of conditions that will reasonably assure the defendant's appearance. 18 U.S.C. § 3142(c)(1)(B).

C. Application to Mr. Lewis

• **Compliance & Low Risk:** Since posting bond in July 2024, Mr. Lewis has strictly complied with all conditions of release and has not missed any court appearances.

• **Strong Ties & Legitimate Purpose:** With his degree, professional work in contracting and licensing, and community service record, Mr. Lewis demonstrates deep roots and responsibilities that anchor him in his community. His request is tied to legitimate professional obligations, not leisure.

• **Safeguards:** Mr. Lewis is prepared to submit a complete travel itinerary (flights, lodging, contacts), provide business documentation, and comply with enhanced Pretrial Services requirements, including check-ins before, during, and after travel. He will restrict his travel exclusively to the approved dates and location.

• **Least Restrictive Means:** A blanket denial of all international travel is overly broad. The Court can

impose targeted, reasonable conditions to balance accountability and public safety with Mr. Lewis's legitimate professional needs.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant, Shaun Lewis, respectfully requests that this Court:

1. Reconsider the September 24, 2025 order denying his travel motion;

2. Grant permission for his requested travel October 11–16, 2025 (or such adjusted dates as the Court deems appropriate), subject to any conditions the Court finds just and reasonable;

3. Grant such other relief as this Court deems proper.

Respectfully submitted,

/s/ Richard E. Holiman/
Richard E. Holiman (#79091)
Attorney at Law
1501 N. University, Suite 225
Little Rock, Arkansas 72201
Tel: (501) 375-1170
Fax: (501) 325-1655
Email: rickholiman@gmail.com

**EXHIBIT INDEX**

Exhibit A – Government contracting documents and licenses