UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

v.          **CASE NO. 4:23-CR-00276-BSM-40**

**SHAUN KARDOVER LEWIS, JR.**            **DEFENDANT**

## ORDER

Shaun Lewis's motion for reconsideration [Doc. No. 782] is denied.

IT IS SO ORDERED this 8th day of October 2025.

_____
UNITED STATES DISTRICT JUDGE